UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KOWNAI SAECHAO, | Case No. 24-cv-03289-SVK |
|---|---|
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| MARTIN O'MALLEY, | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Donna M. Ryu for consideration of whether the case is related to 19-cv-04396-DMR *Saechao v. Saul*.

**SO ORDERED.**

Dated: January 22, 2025

_____
SUSAN VAN KEULEN
United States Magistrate Judge